UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANDREW NOLAN | CIVIL ACTION |
| VERSUS | NO. 17-469 |
| CIRCLE 8 CRANE SERVICES | JUDGE LEMELLE |
| | MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL

Considering the Parties' "Joint Motion of Dismissal without Prejudice" (Rec. Doc. 8),

**IT IS ORDERED** that the motion is **GRANTED** and the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties for a reasonable period of time. Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 US 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**IT IS FURTHER ORDERED** that all pending motions between settling parties are **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 14th day of March, 2018.

*[signature]*
SENIOR UNITED STATES DISTRICT JUDGE